IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| MATTHEW COBB, | |
|     Plaintiff, | CIVIL ACTION NO.: 5:25-cv-1 |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
|     Defendant. | |

**O R D E R**

Defendant filed an Unopposed Motion for Entry of Judgment With Remand.[1] Doc. 17. Defendant seeks to have this cause remanded to the Social Security Administration under sentence four of 42 U.S.C. § 405(g). Plaintiff's counsel consents to this Motion. Id. at 1. Upon consideration, the Court **GRANTS** Defendant's Motion. The Court reverses the decision of the Commissioner and remands this cause to the Commissioner for further administrative proceedings. On remand, the Commissioner is to provide Plaintiff with the opportunity to have a supplemental hearing and issue a new decision. Id. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment.

**SO ORDERED**, this 25th day of July, 2025.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant also filed a Motion for Substitution of Counsel. Doc. 18. The Court **GRANTS** this Motion and **DIRECTS** the Clerk of Court to terminate Shannon Statkus as counsel of record for Defendant.